NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

BASF AGRO B.V., ARNHEM (NL), WADENSWIL BRANCH,
*Plaintiff-Appellant,*

AND

BAYER S.A.S.,
*Plaintiff-Appellant,*

v.

MAKHTESHIM AGAN OF NORTH AMERICA, INC.
AND CONTROL SOLUTIONS, INC.,
*Defendants-Appellees.*

2012-1206

Appeal from the United States District Court for the Middle District of North Carolina in case no. 10-CV-0276, Judge William L. Osteen, Jr.

## ON MOTION

## ORDER

The appellants move for a 60-day extension of time, until June 12, 2012, to file their principal brief, for an extension of time, until July 25, 2012 for the appellees to file their response brief, for an extension of time, until August 8, 2012, for the appellants to file their reply brief, and for an extension of time, until August 15, 2012, to file the appendix.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.  The revised official caption is reflected above.

FOR THE COURT

APR 0 3 2012

Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Kenneth A. Gallo, Esq.
     Robert J. Koch, Esq.
     Marta E. Gross, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 0 3 2012

JAN HORBALY
CLERK